## 19553.  MILLER *v.* THE STATE.

BLOODWORTH, J.  The verdict was authorized by the evidence and approved by the trial judge; and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 9, 1929.

*P. Z. Geer,* for plaintiff in error.  *J. A. Drake, solicitor,* contra.

## 19554.  SHEFFIELD *v.* THE STATE.

BROYLES, C. J. · The motion for a new trial contained the usual general grounds only; the verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*P. Z. Geer,* for plaintiff in error.  *J. A. Drake, solicitor,* contra.

## 19557.  ADAMS *v.* THE STATE.

LUKE, J.  There being evidence that, as alleged in the accusation, which was based on section 504 of the Penal Code (1910), the defendant, between dark and daylight, and within fifty yards of a public highway, and not on his own premises or in defense of person or property, wilfully and wantonly discharged a loaded shotgun, this court can not say that the judge erred in overruling the motion for a new trial, based solely upon the usual general grounds.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 9, 1929.

*P. Z. Geer,* for plaintiff in error.  *J. A. Drake, solicitor,* contra.